**Fill in this information to identify the case:**

Debtor 1: Maria Ann Shappard

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 17-80291-JJG-13

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

Court claim no. (if known): 7-1

Last 4 digits of any number you use to identify the debtor's account: 0 5 8 9

Date of payment change:
Must be at least 21 days after date of this notice: 08/01/2021

New total payment: $ 422.09
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 190.06    New escrow payment: $ 180.83

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | **Marla Ann Shappard** | Case number (if known) | 17-80291-JJG-13 |
|---|---|---|---|
| | First Name　　Middle Name　　Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons　　　　　　　　　　　　　Date　07/08/2021
Signature

Print: **Molly Slutsky Simons**　　　　　　　　　　　　Title　Attorney for Creditor
　　　　First Name　　Middle Name　　Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
　　　　　Number　　Street

　　　　　Loveland　　　　　　　　　OH　　45140
　　　　　City　　　　　　　　　　　State　ZIP Code

Contact phone　513-444-4100　　　　　　　Email　bankruptcy@sottileandbarile.com

Official Form 410S1　　　　Notice of Mortgage Payment Change　　　　page **2**



**Annual Escrow Account Disclosure Statement**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

004

ACCOUNT NUMBER: ███

DATE: 06/21/21



93

MARLA A SHAPPARD
3060 N 16TH ST
TERRE HAUTE, IN 47804

PROPERTY ADDRESS

3060 N 16TH ST
TERRE HAUTE, IN 47804

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 08/01/2021 THROUGH 07/31/2022.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 08/01/2021 TO 07/31/2022 ---------**

| | |
|---|---:|
| HOMEOWNERS INS | $1,479.42 |
| COUNTY TAX | $655.36 |
| TOTAL PAYMENTS FROM ESCROW | $2,134.78 |
| MONTHLY PAYMENT TO ESCROW | $177.89 |

**------ ANTICIPATED ESCROW ACTIVITY 08/01/2021 TO 07/31/2022 ---------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $1,057.22 | $1,092.57 |
| AUG | $177.89 | | | $1,235.11 | $1,270.46 |
| SEP | $177.89 | | | $1,413.00 | $1,448.35 |
| OCT | $177.89 | | | $1,590.89 | $1,626.24 |
| NOV | $177.89 | $324.71 | COUNTY TAX | $1,444.07 | $1,479.42 |
| DEC | $177.89 | | | $1,621.96 | $1,657.31 |
| JAN | $177.89 | $1,479.42 | HOMEOWNERS INS    L1-> | $320.43    L2-> | $355.78 |
| FEB | $177.89 | | | $498.32 | $533.67 |
| MAR | $177.89 | | | $676.21 | $711.56 |
| APR | $177.89 | | | $854.10 | $889.45 |
| MAY | $177.89 | $330.65 | COUNTY TAX | $701.34 | $736.69 |
| JUN | $177.89 | | | $879.23 | $914.58 |
| JUL | $177.89 | | | $1,057.12 | $1,092.47 |

**--------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE.  **YOUR ESCROW SHORTAGE IS $35.35.**

**CALCULATION OF YOUR NEW PAYMENT**

| | |
|---|---:|
| PRIN & INTEREST | $241.26 |
| ESCROW PAYMENT | $177.89 |
| SHORTAGE PYMT | $2.94 |
| **NEW PAYMENT EFFECTIVE 08/01/2021** | **$422.09** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $355.78.

********** Continued on reverse side ************

********** Continued from front **********

| ACCOUNT HISTORY |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 08/01/2020 AND ENDING 07/31/2021. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 08/01/2020 IS:

```
PRIN & INTEREST                                    $241.26
ESCROW PAYMENT                                     $175.84
SHORTAGE PYMT                                       $14.22
BORROWER PAYMENT                                   $431.32
```

| | PAYMENTS TO ESCROW || PAYMENTS FROM ESCROW || | ESCROW BALANCE ||
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $1,082.03 | $1,755.05- |
| AUG | $175.84 | $249.60 * | | | | $1,257.87 | $1,505.45- |
| SEP | $175.84 | $249.60 * | | | | $1,433.71 | $1,255.85- |
| OCT | $175.84 | $249.60 * | | $324.71 * | COUNTY TAX | $1,609.55 | $1,330.96- |
| NOV | $175.84 | $0.00 * | $299.44 | | COUNTY TAX | $1,485.95 | $1,330.96- |
| DEC | $175.84 | $249.60 * | | $1,479.42 * | HOMEOWNERS INS | $1,661.79  A-> | $2,560.78- |
| JAN | $175.84 | $249.60 * | $1,485.95 | | HOMEOWNERS INS  T-> | $351.68 | $2,311.18- |
| FEB | $175.84 | $249.60 * | | | | $527.52 | $2,061.58- |
| MAR | $175.84 | $249.60 * | | | | $703.36 | $1,811.98- |
| APR | $175.84 | $629.72 * | | $330.65 * | COUNTY TAX | $879.20 | $1,512.91- |
| MAY | $175.84 | $570.18 * | $324.71 | | COUNTY TAX | $730.33 | $942.73- |
| JUN | $175.84 | $570.18 * | | | | $906.17 | $372.55- |
| JUL | $175.84 | $0.00 | | | | $1,082.01 | $372.55- |
| | $2,110.08 | $3,517.28 | $2,110.10 | $2,134.78 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $351.68.  YOUR ACTUAL LOW POINT ESCROW BALANCE  (A) WAS $2,560.78-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN,  THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months.  To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you.  If your surplus is less than $50.00, the funds will be retained in your escrow account.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-80291-JJG-13 |
| Marla Ann Shappard | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    James Raymond Wiesneth, Jr., Debtor's Counsel
    jrw@wiesnethlaw.com

    Donald L. Decker, Trustee
    ecfmail@decker13trustee.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 7, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Marla Ann Shappard, Debtor
    3060 North 16th Street
    Terre Haute, IN 47804

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor